UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MAMADOU COULIBALY,

                                    Petitioner,

                    v.

MR. GARLAND, United States Attorney General, et al.,

                                    Respondents.
_____

DECISION AND ORDER

22-CV-6474DGL

On October 28, 2022, Petitioner Mamadou Coulibaly ("Coulibaly") filed a petition for a writ of habeas corpus.  Respondents now have provided notice (Dkt. #4) that Coulibaly was removed from the United States to Mali on May 17, 2023.

Respondents contend, and the Court agrees, that Coulibaly's removal and deportation moots the pending petition.   Therefore, the petition should be dismissed.

**CONCLUSION**

The petition for a writ of habeas corpus is DISMISSED since Petitioner has been removed/deported from the United States.

IT IS SO ORDERED.

_____
                    DAVID G. LARIMER
                    United States District Judge

Dated: Rochester, New York
          November 14, 2023.